UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
UNITED STATES OF AMERICA,

-v-

YARISONS ADORNO CONCEPCION,

Defendant.
------------------------------------------------ X

RONNIE ABRAMS, District Judge:

19 Cr. 476 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/20

In light of Yarisons Adorno Concepcion's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to September 3, 2021.

Dated:  March 4, 2020
        New York, New York

RONNIE ABRAMS
United States District Judge