LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  P (917) 408 - 6484
233 BROADWAY – SUITE 2208  F (212) 571 - 9149
NEW YORK, NY 10279  CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

May 3, 2021

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Travel Request - *United States v. Yarisons Concepcion*, 19 Cr. 476 (RA)

Dear Judge Abrams,

I represent Yarisons Concepcion in the above-mentioned case. Mr. Concepcion is currently released on bail. He graduated from YAOP on March 2nd and has been in full compliance with his supervision.

Unfortunately, Mr. Concepcion's father passed away over the weekend after a battle with Covid-19. I respectfully ask the Court to modify Mr. Concepcion's bail conditions so that he may travel to Puerto Rico from May 3, 2021 to May 9, 2021 to attend funeral services for his father. If our application is granted, Mr. Concepcion will be staying with his mother while in Puerto Rico and will share his complete itinerary with Pretrial Services Officer Rena Bolin.

Officer Bolin has no objection to this request and the government, through AUSA Peter Davis, defers to Pretrial. Additionally, the Court has previously approved international travel to the Dominican Republic in February of this year and Mr. Concepcion returned without issue.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou
*Counsel for Yarisons Concepcion*

Cc: AUSA Peter Davis (via ECF)
U.S. Pretrial Services Officer Rena Bolin (via email)

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 3, 2021